Gustavo Ponce, Esq.
Nevada Bar No. 15084
Mona Amini, Esq.
Nevada Bar No. 15381
**KAZEROUNI LAW GROUP, APC**
6940 S. Cimarron Road, Suite 210
Las Vegas, Nevada 89113
Telephone: (800) 400-6808
Facsimile:  (800) 520-5523
E-mail: gustavo@kazlg.com
         mona@kazlg.com

*Attorneys for Plaintiff,
Carol Hart*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| CAROL HART, individually and on behalf of all others similarly situated,<br><br>Plaintiff<br><br>vs.<br><br>M&T BANK CORPORATION,<br><br>Defendant | Case No.: 2:24-cv-00921-CDS-MDC<br><br>**Order Granting STIPULATION TO EXTEND TIME TO FILE REPLIES TO DEFENDANT'S MOTION TO DISMISS [ECF NO. 15]**<br>**FIRST REQUEST**<br><br>[ECF No. 17] |

1  Plaintiff Carol Hart ("Plaintiff") and Defendant M&T Bank Corporation
2  ("Defendant" and together with Plaintiff as the "Parties") hereby stipulate to extend
3  the Plaintiff's response to Defendant Motion to Dismiss (the "Motion"), which was
4  filed August 12, 2024, ECF No. 15, as well as Defendant's reply in support of its
5  Motion.

**Defendant's Motion to Dismiss**

Defendant filed the Motion on August 12, 2024. ECF No. 15. Plaintiff's response to the Motion is due August 26, 2024. Defendant's reply in support of its Motion is due September 3, 2024.

**Stipulation**

On August 15, 2024, counsel for both Plaintiff and Defendant, met and conferred regarding the deadlines to respond to the Motion. Accordingly, the Parties stipulate to an extension for Plaintiff's response to the Motion to be due September 23, 2024, and Defendant to file its reply in support of the Motion by October 7, 2024. This is the Parties first stipulation to extend these deadlines.

///
///
///

IT IS THEREFORE STIPULATED between the Parties as follows:

(1) Plaintiff's response to the Motion will be due on or before **September 23, 2024**;

(2) Defendant's reply in support of its Motion, will be due on or before **October 7, 2024**.

Dated this 26th day of August 2024.

**KAZEROUNI LAW GROUP, APC**

/s/ Gustavo Ponce
Gustavo Ponce, Esq.
Mona Amini, Esq.
6940 S. Cimarron Rd., Ste. 210
Las Vegas, NV 89113
*Counsel for Plaintiff*

**WRIGHT, FINLEY & ZAK, LLP**

/s/ Darren Brenner
Darren T. Brenner, Esq.
8337 W. Sunset Rd., Suite 220
Las Vegas, NV 89113
*Counsel for Defendant*

**ORDER**

IT IS SO ORDERED:

_____
Cristina D. Silva
United States District Judge

Dated: September 4, 2024