Gustavo Ponce, Esq.
Nevada Bar No. 15084
Mona Amini, Esq.
Nevada Bar No. 15381
**KAZEROUNI LAW GROUP, APC**
6940 S. Cimarron Road, Suite 210
Las Vegas, Nevada 89113
Telephone: (800) 400-6808
Facsimile: (800) 520-5523
E-mail: gustavo@kazlg.com
           mona@kazlg.com

*Attorneys for Plaintiff,
Carol Hart*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| CAROL HART, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff<br><br>vs.<br><br>M&T BANK CORPORATION,<br><br>　　　　　Defendant | Case No.: 2:24-cv-00921-CDS-MDC<br><br>**Order Approving STIPULATION TO EXTEND TIME TO FILE REPLIES TO DEFENDANT'S MOTION TO DISMISS [ECF NO. 15]<br>SECOND REQUEST**<br><br>[ECF No. 21] |

Plaintiff Carol Hart ("Plaintiff") and Defendant M&T Bank Corporation ("Defendant" and together with Plaintiff as the "Parties") hereby stipulate to further extend the Plaintiff's response to Defendant Motion to Dismiss (the "Motion"), which was filed August 12, 2024, ECF No. 15, as well as Defendant's reply in support of its Motion.

**Defendant's Motion to Dismiss**

Defendant filed the Motion on August 12, 2024. ECF No. 15. The Parties filed a previous stipulation extending the filing deadlines for both parties. Plaintiff's response to the Motion is due September 23, 2024. Defendant's reply in support of its Motion is due October 7, 2024.

**Stipulation**

The Parties stipulate to an additional extension for Plaintiff's response to the Motion to be due October 7, 2024, and Defendant to file its reply in support of the Motion by October 21, 2024. This is the Parties second stipulation to extend these deadlines.

///

///

///

IT IS THEREFORE STIPULATED between the Parties as follows:

(1) Plaintiff's response to the Motion will be due on or before **October 7, 2024**;

(2) Defendant's reply in support of its Motion, will be due on or before **October 21, 2024**.

Dated this 20th day of September 2024.

**KAZEROUNI LAW GROUP, APC**

/s/ *Gustavo Ponce*
Gustavo Ponce, Esq.
Mona Amini, Esq.
6940 S. Cimarron Rd., Ste. 210
Las Vegas, NV 89113
*Counsel for Plaintiff*

**WRIGHT, FINLEY & ZAK, LLP**

/s/ *Darren Brenner*
Darren T. Brenner, Esq.
8337 W. Sunset Rd., Suite 220
Las Vegas, NV 89113
*Counsel for Defendant*

## ORDER

Based on the parties' stipulation, which is approved nunc pro tunc to the date of their request, plaintiff's response to defendant's motion to dismiss is due on or before October 7, 2024; and defendant's reply in support of its motion is due on or before October 21, 2024.

_____
United States District Judge

Dated: September 26, 2024