Gustavo Ponce, Esq.
Nevada Bar No. 15084
Mona Amini, Esq.
Nevada Bar No. 15381
**KAZEROUNI LAW GROUP, APC**
6940 S. Cimarron Road, Suite 210
Las Vegas, Nevada 89113
Telephone: (800) 400-6808
Facsimile: (800) 520-5523
E-mail: gustavo@kazlg.com
        mona@kazlg.com

*Attorneys for Plaintiff,
Carol Hart*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

CAROL HART, individually and on behalf of all others similarly situated,

　　　　　　　Plaintiff

vs.

M&T BANK CORPORATION,

　　　　　　　Defendant

Case No.: 2:24-cv-00921-CDS-MDC

**Order Approving STIPULATION TO EXTEND TIME TO FILE REPLIES TO DEFENDANT'S MOTION TO DISMISS**

**THIRD REQUEST**

[ECF No. 25]

- 1 -
STIPULATION TO EXTEND TIME RE: MOTION TO DISMISS

1  Plaintiff Carol Hart ("Plaintiff") and Defendant M&T Bank Corporation
2  ("Defendant" and together with Plaintiff as the "Parties") hereby stipulate to further
3  extend the Plaintiff's response to Defendant Motion to Dismiss (the "Motion"), which
4  was filed August 12, 2024, ECF No. 15, as well as Defendant's reply in support of its
5  Motion.

6  **Defendant's Motion to Dismiss**

7  Defendant filed the Motion on August 12, 2024. ECF No. 15. The Parties filed
8  two previous stipulations extending the filing deadlines for both parties. Currently
9  Plaintiff's response to the Motion is due October 7, 2024 while Defendant's reply in
10 support of its Motion is due October 21, 2024.

11 **Stipulation**

12 The Parties stipulate to an additional extension for Plaintiff's response to the
13 Motion to be due October 21, 2024, and Defendant to file its reply in support of the
14 Motion by November 4, 2024. This is the Parties ~~second~~ third stipulation to extend these
15 deadlines.

16 ///
17 ///
18 ///

IT IS THEREFORE STIPULATED between the Parties as follows:

(1) Plaintiff's response to the Motion will be due on or before **October 21, 2024**;

(2) Defendant's reply in support of its Motion, will be due on or before **November 4, 2024**.

Dated this 8th day of October 2024.

**KAZEROUNI LAW GROUP, APC**

/s/ *Gustavo Ponce*
Gustavo Ponce, Esq.
Mona Amini, Esq.
6940 S. Cimarron Rd., Ste. 210
Las Vegas, NV 89113
*Counsel for Plaintiff*

**WRIGHT, FINLEY & ZAK, LLP**

/s/ *Darren Brenner*
Darren T. Brenner, Esq.
8337 W. Sunset Rd., Suite 220
Las Vegas, NV 89113
*Counsel for Defendant*

### ORDER

Based on the parties' stipulation, plaintiff's response to defendant's motion to dismiss is due on or before October 21, 2024. Defendant's reply is due on or before November 4, 2024.

_____
United States District Judge

Dated: October 8, 2024