Gustavo Ponce, Esq.
Nevada Bar No. 15084
Mona Amini, Esq.
Nevada Bar No. 15381
**KAZEROUNI LAW GROUP, APC**
6940 S. Cimarron Road, Suite 210
Las Vegas, Nevada 89113
Telephone: (800) 400-6808
Facsimile: (800) 520-5523
E-mail: gustavo@kazlg.com
          mona@kazlg.com

*Attorneys for Plaintiff,*
*Carol Hart*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| CAROL HART, individually and on behalf of all others similarly situated,<br><br>Plaintiff<br><br>vs<br><br>M&T BANK CORPORATION,<br><br>Defendant | Case No.: 2:24-cv-00921-CDS-MDC<br><br>**STIPULATION TO EXTEND TIME TO FILE REPLIES TO DEFENDANT'S MOTION TO DISMISS [ECF NO. 15]**<br><br>**FOURTH REQUEST**<br><br>[ECF No. 28] |

Plaintiff Carol Hart ("Plaintiff") and Defendant M&T Bank Corporation ("Defendant" and together with Plaintiff as the "Parties") hereby stipulate to further extend the Plaintiff's response to Defendant Motion to Dismiss (the "Motion"), which was filed August 12, 2024, ECF No. 15, as well as Defendant's reply in support of its Motion.

**Defendant's Motion to Dismiss**

Defendant filed the Motion on August 12, 2024. ECF No. 15. The Parties filed three previous stipulations extending the filing deadlines for both parties. Currently Plaintiff's response to the Motion is due October 21, 2024 while Defendant's reply in support of its Motion is due November 4, 2024.

**Stipulation**

The Parties stipulate to an additional extension for Plaintiff's response to the Motion to be due October 28, 2024, and Defendant to file its reply in support of the Motion by November 11, 2024. This is the Parties fourth stipulation to extend these deadlines.

///
///
///

IT IS THEREFORE STIPULATED between the Parties as follows:

(1) Plaintiff's response to the Motion will be due on or before **October 28, 2024**;

(2) Defendant's reply in support of its Motion, will be due on or before **November 11, 2024**.

Dated this 21st day of October 2024.

**KAZEROUNI LAW GROUP, APC**

*/s/ Gustavo Ponce*
Gustavo Ponce, Esq.
Mona Amini, Esq.
6940 S. Cimarron Rd., Ste. 210
Las Vegas, NV 89113
*Counsel for Plaintiff*

**WRIGHT, FINLEY & ZAK, LLP**

*/s/ Darren Brenner*
Darren T. Brenner, Esq.
8337 W. Sunset Rd., Suite 220
Las Vegas, NV 89113
*Counsel for Defendant*

**ORDER**

IT IS SO ORDERED, nunc pro tunc.

_____
UNITED STATES DISTRICT JUDGE

Dated: October 22, 2024