Gustavo Ponce, Esq.
Nevada Bar No. 15084
Mona Amini, Esq.
Nevada Bar No. 15381
**KAZEROUNI LAW GROUP, APC**
6940 S. Cimarron Road, Suite 210
Las Vegas, Nevada 89113
Telephone: (800) 400-6808
Facsimile: (800) 520-5523
E-mail: gustavo@kazlg.com
　　　　mona@kazlg.com

*Attorneys for Plaintiff,
Carol Hart*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| CAROL HART, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>M&T BANK CORPORATION,<br><br>　　　　　　Defendant. | Case No.: 2:24-cv-00921-CDS-MDC<br><br>**STIPULATION TO EXTEND TIME TO FILE REPLIES TO DEFENDANT'S MOTION TO DISMISS [ECF NO. 15]**<br><br>[ECF No. 33]<br><br><br><br>**FIFTH REQUEST** |

Plaintiff Carol Hart ("Plaintiff") and Defendant M&T Bank Corporation ("Defendant" and together with Plaintiff as the "Parties") hereby stipulate to further extend the Plaintiff's response to Defendant Motion to Dismiss (the "Motion"), which was filed August 12, 2024, ECF No. 15, as well as Defendant's reply in support of its Motion. The Parties are exploring the potential resolution in this matter.

**Defendant's Motion to Dismiss**

Defendant filed the Motion on August 12, 2024. ECF No. 15. The Parties filed three previous stipulations extending the filing deadlines for both parties. Currently Plaintiff's response to the Motion is due October 28, 2024, while Defendant's reply in support of its Motion is due November 11, 2024.

**Stipulation**

The Parties stipulate to an additional extension for Plaintiff's response to the Motion to be due November 4, 2024, and Defendant to file its reply in support of the Motion by November 18, 2024. This is the Parties fifth stipulation to extend these deadlines.

///

///

///

STIPULATION TO EXTEND TIME RE: MOTION TO DISMISS

IT IS THEREFORE STIPULATED between the Parties as follows:

(1) Plaintiff's response to the Motion will be due on or before **November 4, 2024**;

(2) Defendant's reply in support of its Motion, will be due on or before **November 18, 2024.**

Dated this 28th day of October 2024.

**KAZEROUNI LAW GROUP, APC**

*/s/ Gustavo Ponce*
Gustavo Ponce, Esq.
Mona Amini, Esq.
6940 S. Cimarron Rd., Ste. 210
Las Vegas, NV 89113
*Counsel for Plaintiff*

**WRIGHT, FINLEY & ZAK, LLP**

*/s/ Darren Brenner*
Darren T. Brenner, Esq.
8337 W. Sunset Rd., Suite 220
Las Vegas, NV 89113
*Counsel for Defendant*

## ORDER

Based on the parties' stipulation, the fifth request for an extension of time to file a response and reply [ECF No. 33] is approved, however any additional request to extend the deadlines will require a hearing.

_____
United States District Judge
Dated: November 4, 2024