Gustavo Ponce, Esq.
Nevada Bar No. 15084
Mona Amini, Esq.
Nevada Bar No. 15381
**KAZEROUNI LAW GROUP, APC**
6940 S. Cimarron Rd., Suite 210
Las Vegas, Nevada 89113
Telephone: (800) 400-6808
Facsimile:  (800) 520-5523
E-mail: gustavo@kazlg.com
E-mail: mona@kazlg.com

*Attorneys for Plaintiff,*
*Carol Hart*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| **CAROL HART,** Individually and On Behalf of All Others Similarly Situated, <br><br> **Plaintiff** <br><br> vs. <br><br> **M&T BANK CORPORATION,** <br><br> **Defendants** | Case No.: 2:24-cv-00921-CDS-MDC <br><br> **STIPULATION OF DISMISSAL** |

///

///

///

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Carol Hart ("Plaintiff") and Defendant M&T Bank Corporation ("Defendant") stipulate to dismiss all claims against Defendant with prejudice. Each party will bear its own costs, disbursements, and attorney fees.

DATED this 20th day of March 2025.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Gustavo Ponce
Gustavo Ponce, Esq.
Mona Amini, Esq.
6940 S. Cimarron Rd., Suite 210
Las Vegas, Nevada 89113
*Attorneys for Plaintiff*

**WRIGHT, FINLEY & ZAK, LLP**

By: /s/ Darren Brenner
Darren T. Brenner, Esq.
8337 W. Sunset Rd., Suite 220
Las Vegas, Nevada 89113
*Attorneys for Defendant*

Based on the parties' stipulation, this case is dismissed with prejudice, with each party to bear its own costs and fees. The Clerk of Court is kindly instructed to close this case.

_____
UNITED STATES DISTRICT JUDGE

Dated: March 21, 2025